

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

James Allen Jackson, Appellant

No. 06-18-00053-CR          v.

The State of Texas, Appellee

Appeal from the 273rd District Court of Sabine County, Texas (Tr. Ct. No. CR1607299). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below, and the proper remedy is to vacate the conviction. Therefore, we vacate the trial court's judgment of conviction.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED DECEMBER 21, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk